IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| RYAN DOWNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:2016-CV--00522-CRS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**

Comes the Plaintiff, Ryan Downs, and hereby stipulates that Plaintiff's cause against Equifax Information Services, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 21st day of November, 2016.

                                                Respectfully submitted,

                                                */s/David W. Hemminger*
                                                David W. Hemminger
                                                HEMMINGER LAW OFFICE, PSC
                                                616 South Fifth Street
                                                Louisville, KY 40202
                                                (Tel) 502.443.1060
                                                (Fax) 502.589.3004
                                                hemmingerlawoffice@gmail.com
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

>	*/s/David W. Hemminger*
>	David W. Hemminger